UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DARRELL BYRD,

        Petitioner,

    -against-                             08 Civ. 0070 (LAK)

GEORGE B. ALEXANDER, Chairman,
New York State Division of Parole

        Respondent.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Darrell Byrd has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing § 2254 Cases in the United States Courts, I have given the Petition preliminary consideration and direct that the District Attorney or the Attorney General, as agreed between themselves, file an Answer within thirty (30) days of the date of this Order. The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying Petition on the Honorable Andrew M. Cuomo, Attorney General of the State of New York, and on the Honorable Robert T. Johnson, the District Attorney of Bronx County.

        SO ORDERED.

Dated:        January 23, 2008

Copies mailed 1/23/2008
Chambers of Judge Kaplan
AD

Lewis A. Kaplan
United States District Judge