

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

ROBERT T. JOHNSON
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156
Fax 590-6523

February 14, 2008

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

　　　　RE:　*Darrell Byrd v. George B. Alexander*
　　　　　　　08-Civ-0070 (LAK)

Your Honor:

　　　I am currently assigned to handle the District Attorney's response to petitioner's *habeas corpus* petition in the above matter. Our response is due on February 22, 2008. I am writing to request an extension to file our Answer on or before March 28, 2008. Respondent has not requested any extensions prior to this one, and petitioner's attorney has consented to this requested date.

　　　I am currently assigned three direct appeals of criminal convictions, one of which is that of an incarcerated defendant. I am also responding to two post-conviction motions in state Supreme Court and the Appellate Division. Additionally, I am assigned another *habeas corpus* petition in the Southern District. Accordingly, I respectfully request that this Court adjourn the date for our response to March 28, 2008. I have enclosed a stipulation to enlarge respondent's time to respond to the agreed-upon date. If your Honor will need to contact me, I can be reached at (718) 590-7997. Thank you.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ANDREW S. HOLLAND (AH 7549)
　　　　　　　　　　　　　　　　Assistant District Attorney

Encl.
cc:　　Lorca Morello, Esq.
　　　Attorney for Petitioner
　　　Legal Aid Society
　　　199 Water Street
　　　New York, NY 10038

MEMO ENDORSED
Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 2/21/08