UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DARRELL BYRD,

                    Petitioner,

      -against-

GEORGE B. ALEXANDER, Chairman,
New York State Division of Parole,

                    Respondent.
----------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

**STIPULATION**
08 Civ. 0070 (LAK)

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, and subject to the approval of this Court, that the date by which respondent is to file an Answer in the above-captioned matter be extended to April 11, 2008.

Dated:    Bronx, New York
            March 24, 2008

By: _____
Andrew S. Holland (AH 7549)
Assistant District Attorney
Bronx County District Attorney's Office
Attorney for Respondent

By: _____
Lorca Morello, Esq.
Legal Aid Society
Attorney for Petitioner

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ 3/31/08